**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | : | **MDL Docket No. 4:03CV1507-WRW** |
| | : | **4:05CV00778** |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **DETREA ROBINSON, et al.** | : | **PLAINTIFFS** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH, INC., et. al.** | : | **DEFENDANTS** |

**ORDER**

Pending is Plaintiffs' lawyer's Motions to Withdraw as Counsel (Doc. Nos. 7, 8).

On June 28, 2006, this Court entered a PPO 3 Show Cause Order. The Order reads:

based on PPO 3, if Plaintiff does not serve a Fact Sheet, including all requested authorizations, within twenty-one (21) days of this Order, or show good cause why she cannot do so, this Court may grant relief as deemed appropriate by the Court, including the possible dismissal of the action with prejudice. Plaintiff's counsel, who has not served a Fact Sheet, including all authorizations, must provide a copy of this Order to Plaintiff within ten (10) days of this Order and advise Plaintiff that sanctions may be imposed by the Court.[1]

To date, Plaintiff has neither responded to her counsel's requests, submitted a Fact Sheet, nor shown

cause why a Fact Sheet has not been submitted.

Accordingly, this case is DISMISSED without prejudice under PPO 3 and Federal Rule of Civil

Procedure 41(b) for failure to prosecute. Plaintiffs' lawyer's Motions to Withdraw as Counsel are

GRANTED.

IT IS SO ORDERED this 20th day of July, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

---

[1]Doc. No. 6.

1